IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTY MARCIANO BOONE,<br><br>    Defendant and Judgment Debtor. | No. 2:20-mc-0274-TLN-DB<br><br>**FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF GARNISHMENT** |
| FIDELITY WORKPLACE SERVICES LLC, (and its Successors and Assignees)<br><br>    Garnishee. | |

The undersigned, having reviewed its files and United States of America's Request for Findings and Recommendations for Final Order of Garnishment, and good cause appearing therefore, hereby recommends a final order of garnishment be granted.

Accordingly, IT IS RECOMMENDED that:

1.     The United States' Request for Findings and Recommendations for Final Order of Garnishment be GRANTED;

2.     Garnishee Fidelity Workplace Services LLC be directed to pay the Clerk of the Court the full value of all of the funds in the accounts held by Garnishee in which Marty Marciano Boone, a.k.a. Inigokoode`e A. Keehasani Bey ("Boone") has an interest within fifteen (15) days of the filing of the Final Order;

FINDINGS AND RECOMMENDATIONS                              1

3. Payment shall be made in the form of a cashier's check, money order or company draft, made payable to the Clerk of the Court and delivered to the United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814.  The criminal docket number (2:16-CR-00020-TLN) shall be stated on the payment instrument;

4. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary;

5. This garnishment shall be terminated when the funds from the Garnishee are deposited with the Clerk of the Court; and

6. Within fourteen days of the date of these findings and recommendations the United States shall serve a copy on the Debtor and file proof of such service.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within thirty (30) days after these findings and recommendations are filed, any party may file written objections with the court.  A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within fourteen (14) days after service of the objections.  The parties are advised that failure to file objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 4, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\USvBoone2074.garn.f&rs

FINDINGS AND RECOMMENDATIONS

2