1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                No. 2:20-mc-00274-TLN-DB

12            Plaintiff,                     **ORDER**

13            v.

14  MARTY MARCIANO BOONE,

15            Defendant and Judgment Debtor.

16  FIDELITY WORKPLACE SERVICES LLC,
    (and its Successors and Assignees)
17

18            Garnishee.

19        This matter was referred to a United States Magistrate Judge.  On February 4, 2022, the

20  magistrate judge filed findings and recommendations herein which were served on the parties and which

21  contained notice that any objections to the findings and recommendations were to be filed within thirty

22  days after service of the findings and recommendations.  (ECF No. 10.)  The time for filing objections

23  has expired, and no party has filed objections to the findings and recommendations.

24        The Court has reviewed the file and finds the findings and recommendations to be supported by

25  the record and by the magistrate judge's analysis.

26  ///

27  ///

28  ///

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed February 4, 2022 (ECF No. 10) are adopted in full;

2.      Garnishee Fidelity Workplace Services LLC is directed to pay the Clerk of the Court the full value of all of the funds in the accounts held by Garnishee in which Marty Marciano Boone, a.k.a. Inigokoode`e A. Keehasani Bey ("Boone") has an interest within fifteen (15) days of the filing of the Final Order;

3.      Payment shall be made in the form of a cashier's check, money order or company draft, made payable to the Clerk of the Court and delivered to the United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814.  The criminal docket number (2:16-CR-00020-TLN) shall be stated on the payment instrument;

4.      The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

5.      This garnishment shall be terminated when the funds from the Garnishee are deposited with the Clerk of the Court.

**DATED:**  April 5, 2022

Troy L. Nunley
United States District Judge